THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>Plaintiff,<br><br>v.<br><br>BHI ENERGY I SPECIALITY SERVICES LLC, a Delaware limited liability company,<br>Defendant. | NO.   C26-0540-SKV<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Robert R. Flemer of Littler Mendelson, P.C., attorneys for Defendant, BHI Energy I Specialty Services LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 7th day of May, 2026.

REID, BALLEW & LEAHY, L.L.P.

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 W. Harrison St., N. Tower Suite 300
Seattle WA 98119
(206) 285-0464
rjr@nwlaborlaw.com; tom@nwlaborlaw.com
Attorneys for Plaintiff

LITTLER MENDELSON, P.C.

*s/Robert Flemer*
Robert R. Flemer, WSBA #62597
One Union Square
600 University Street, Suite 3200
Seattle WA 98101-3122
(206) 623-3300
rflemer@littler.com
Attorney for Defendant

**[PROPOSED]** **ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 8th day of May, 2026.

_S. Kate Vaughan_

S. KATE VAUGHAN
United States Magistrate Judge

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By: *Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@nwlaborlaw.com
Email:  tom@nwlaborlaw.com

Attorneys for Plaintiff